IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-40677
Summary Calendar
_____

ESSIE T. COOPER,

Planitiff-Appellant,

versus

KILGORE JUNIOR COLLEGE;
WILLIAM HOLDA,

Defendants-Appellees.

_____

Appeal from the United States District Court for
the Eastern District of Texas
(USDC No. 6:98-CV-556)
_____

January 25, 2001

Before REAVLEY, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:*

Plaintiff-appellant Essie T. Cooper appeals the district court's order adopting

the magistrate judge's findings and conclusions and entering summary judgment for

_____

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the defendants.  Cooper's claims are time-barred for the reasons given in the

magistrate judge's report of April 11, 2000.

Affirmed.